UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff<br><br>        -against-<br><br>A.C.L.N., LTD., et al.,<br><br>                Defendants. | 2 Civ. 7988 (LAP) |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Distribution Agent's Thirty-Second Progress Report. (Dkt. no. 120.) The Distribution Agent shall inform the Court by letter no later than February 4, 2021 what steps are necessary to resolve this matter and close the case.

**SO ORDERED.**

Dated:    New York, New York
            January 21, 2021

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge