UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>-against-<br><br>A.C.L.N., LTD., et al.,<br><br>                Defendants. | No. 02 Civ 7988 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Distribution Agent's Thirty-Sixth Progress Report.  (Dkt. No. 126.)  On January 21, 2021, after receiving the Distribution Agent's Thirty-Second Progress Report, the Court ordered the Distribution Agent to inform the Court of the steps necessary to resolve the matter and close the case.  (Dkt. No. 121.)  No response was received.

    The Securities and Exchange Commission and the Distribution Agent shall jointly inform the Court by letter no later than February 18, 2022, of the steps necessary to resolve this matter and close the case.

**SO ORDERED.**

Dated:    January 20, 2022
            New York, New York

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge