UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>A.C.L.N., LTD., et al.,<br><br>              Defendants. | Case No. 1:02-CV-7988-LAP<br><br>Honorable Loretta A. Preska |

### [~~PROPOSED~~] ORDER AUTHORIZING THIRD DISBURSEMENT FROM THE ACLN DISTRIBUTION FUND

The Court, having considered Plaintiff's Motion for an Order Authorizing Third Disbursement from the ACLN Distribution Fund (the "Motion") and its Memorandum in Support thereof and the Declaration of Melissa Mejia attached as Exhibit A thereto, and for good cause shown, the Court grants the Motion.

**IT IS HEREBY ORDERED**

1. The SEC shall establish a reserve of $139,498.85 to pay the administrative fees, expenses, and taxes of the ACLN Distribution Fund;

2. The SEC shall transfer funds totaling $3,754,775.24 to the ACLN Distribution Fund's escrow account established by the Distribution Agent at Signature Bank for distribution; and

3. The Distribution Agent shall disburse $3,754,775.24, less tax withholdings of $2.00, pursuant to the payment file prepared by the Distribution Agent and in accordance with the Distribution Plan, to the Eligible Claimants who successfully negotiated their payments in the First and Second Disbursements and who will receive a payment greater than or equal to $25.00 in the Third Disbursement.

4. All future distributions will be made pursuant to an order of this Court.

**SO ORDERED.**

Dated: *October 7*, 2024.
New York, New York

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE