UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>A.C.L.N., LTD., et al.,<br><br>Defendants. | Case No. 1:02-CV-7988-LAP<br><br>Honorable Loretta A. Preska |

**[~~PROPOSED~~] ORDER AUTHORIZING FOURTH DISBURSEMENT FROM THE ACLN DISTRIBUTION FUND**

The Court, having considered Plaintiff's Motion for an Order Authorizing Fourth Disbursement from the ACLN Distribution Fund (the "Motion"), its Memorandum in Support thereof, and the Declaration of Melissa Mejia attached as Exhibit A, and for good cause shown, the Court grants the Motion.

**IT IS HEREBY ORDERED**

1. The Distribution Agent shall disburse $618,877.01, less tax withholdings of $20.00, pursuant to the Final Payee List prepared by the Distribution Agent and in accordance with the Distribution Plan, to Eligible Claimants who successfully negotiated their payments in the First, Second, and Third Disbursements and who will receive a payment greater than or equal to $25.00 in the Fourth Disbursement.

2. All future distributions will be made pursuant to an order of this Court.

**SO ORDERED.**

Dated: October 5, 2026.
New York, New York

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE